76,258-03

GUSTAVO L. MIRELES
TDCJ-ID #1128895
3001 S. EMILY DR.
McCONNELL UNIT
BEEVILLE, TEXAS 78102

March 14, 2015

Texas Court of Criminal Appeals
Attn: Abel Acosta, (Clerk)
P.O.Box 12308
Capitol Station
Austin, Texas 78711

PRO-SE
RE: Package Containing Application for Writ of Mandamus to
be delivered to this Honoable Clerk seprately from this
letter. Filed same day March 14, 2015. U.S. Postal service

Dear Clerk:

Mr. Acosta, if you could would you please be so kind and when you recive the Application for writ of mandamus mentioned above; will you please make a copy and foward the copy to the Hidalgo County District clerks office for they're filings.

I do not have any way form or manner to make copies of all the documentation contained within the application; therefor, making it impossible to comply with Appelate Rule 52.7. (c). Service of Record on all Parties. It is impossible for me to issue a certificate of service to the Respondent, without a form or manner to make copies.

Please feel free to call the law Librarian technician Ms. candice moore, so that you can verify that there is no way to make copies here. Also, as an indigent applicant, I have no economic resources to send to any kind of agency that can make copies; furthermore, having to jepordice those documents getting lost. Unit's # (361) 362-2300.

So, please Mr. Acosta, make the copies and serve the Hidalgo County District Clerks office for they're filing requirments. Or please call Leonor Matano, (512) 787-1180 Cell phone, to come by your Office and make the copies or have her pay for the copies as she has "Power of Attorney".

Please notify me as soon as possible as to what desposition you have taken with the application. Thank you for your time and attention to this very important and urgent matter.
Sincerly,

/s/ Gustavo L. Mireles
GUSTAVO L. MIRELES

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk